**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BIMBO BAKERIES USA, INC. d/b/a ENTENMANN'S,**<br><br>    Defendant. | C.A. NO. 1:18-cv-00564-GMS<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 14th, 2018                              Respectfully Submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis
*Stamatios Stamoulis #4606*
**STAMOULIS & WEINBLATT LLC**
stamoulis@swdelaw.com
*Richard C. Weinblatt #5080*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Eugenio J. Torres-Oyola
(*Pro Hac Vice* Application Pending)
Jean G. Vidal Font
(*Pro Hac Vice* Application Pending)

>Ferraiuoli LLC
>221 Plaza, 5th Floor
>221 Ponce de León Avenue
>San Juan, PR 00917
>Telephone: (787) 766-7000
>Facsimile: (787) 766-7001
>Email: etorres@ferraiuoli.com
>Email: jvidal@ferraiuoli.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 14th, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/Stamatios Stamoulis*
>Stamatios Stamoulis #4606

IT IS SO ORDERED this ____ day of _____ 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2